No. 94-1471. Varity Corp. v. Howe et al. C. A. 8th Cir. Certiorari granted.

No. 93-564. Kidder, Peabody & Co. v. Cooperativa de Ahorro y Credito Aguada. C. A. 1st Cir. Certiorari denied.

No. 93-1723. Johnston et al. v. CIGNA Corp. et al. C. A. 10th Cir. Certiorari denied.

No. 93-9240. Crawford v. Zant, Warden. Sup. Ct. Ga. Certiorari denied.

No. 94-1143. Chandler v. United States. C. A. 4th Cir. Certiorari denied.

No. 94-1246. Hedges, Through Beckett, His Personal Representative, et al. v. Resolution Trust Corporation, as Receiver of Gibraltar Savings, F. A., Successor in Interest to Cathedral Mortgage Co., Inc. C. A. 9th Cir. Certiorari denied.

No. 94-1284. Kurinsky et al. v. United States et al. C. A. 6th Cir. Certiorari denied.

No. 94-1291. Ryan v. United States. C. A. 8th Cir. Certiorari denied.

No. 94-1304. West Virginia State Department of Tax and Revenue v. Internal Revenue Service. C. A. 3d Cir. Certiorari denied.

No. 94-1316. Southview Farm et al. v. Concerned Area Residents for the Environment et al. C. A. 2d Cir. Certiorari denied.

No. 94-1332. Thomas, Chief, United States Forest Service, et al. v. Pacific Rivers Council et al. C. A. 9th Cir. Certiorari denied.

No. 94-1342. Conti et ux. v. Commissioner of Internal Revenue. C. A. 6th Cir. Certiorari denied.